Certificate Number: 15317-PAE-DE-029486600

Bankruptcy Case Number: 17-01768


15317-PAE-DE-029486600

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 26, 2017, at 5:25 o'clock PM PDT, Hector Figueroa completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 26, 2017

By: /s/Eunice Francia

Name: Eunice Francia

Title: Counselor