```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 17-01768-JJT
Hector M. Figueroa                                                  Chapter 7
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0314-5           User: admin                 Page 1 of 2          Date Rcvd: Aug 11, 2017
                               Form ID: 318                Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2017.
```
db             +Hector M. Figueroa,    210 Maple Spring Drive,    Kunkletown, PA 18058-8109
cr             +ESSA Bank & Trust,    1065 Highway 315,   Cross Creek Pointe,    Wilkes-Barre, PA 18702-6941
4914704        +Citicard,    P.O. Box 9001037,    Louisville, KY 40290-1037
4914714        +Discover,    PO Box 742655,    Cincinnati, OH 45274-2655
4914715         ESSA Bank & Trust, formerly known a,    Franklin Security Bank,
                 1065 Highway 315, Cross Creek Point,    Wilkes-Barre, PA 18702
4914721        +Mark L. Nichter, Esq.,    44 South Broadway,    White Plains, NY 10601-4425
4914722        +Midland Funding LLC,    2355 Northside Drive #300,    San Diego, CA 92108-2708
4915654        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4914724        +Pocono Medical Center,    44 South Broadway,    White Plains, NY 10601-4425
4914728        +Transport Funding,    8717 W. 110th Street, Suite 700,    Overland Park, KS 66210-2127
4914729         Walmart/Synchrony Bank,    PO Bonk 965024,    Orlando, FL 32898
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4914698         EDI: BANKAMER.COM Aug 11 2017 19:03:00      Bank of America,    P.O. Box 15019,
                 Wilmington, DE 19886-5019
4914699        +EDI: TSYS2.COM Aug 11 2017 19:03:00      Barclays Bank Delaware,    PO Box 8803,
                 Wilmington, DE 19899-8803
4914700         EDI: CAPITALONE.COM Aug 11 2017 19:03:00      Capital One,    PO Box 71083,
                 Charlotte, NC 28272-1083
4914701         EDI: CHASE.COM Aug 11 2017 19:03:00      Chase Freedom,    PO Box 15153,
                 Wilmington, DE 19886-5153
4914703        +EDI: CITICORP.COM Aug 11 2017 19:03:00      Citi Cards,    701 E. 60th Street,
                 Sioux Falls, SD 57104-0432
4914709        +EDI: CRFRSTNA.COM Aug 11 2017 19:03:00      Credit First,    PO Box 81315,
                 Cleveland, OH 44181-0315
4914711         EDI: CRFRSTNA.COM Aug 11 2017 19:03:00      Credit First National/Firestone,    PO Box 81083,
                 Cleveland, OH 44181
4914713         EDI: DISCOVER.COM Aug 11 2017 19:03:00      Discover,    PO Box 15316,    Wilmington, DE 19850
4914712         EDI: DISCOVER.COM Aug 11 2017 19:03:00      Discover,    PO Box 71084,    Charlotte, NC 28272-1084
4914716        +E-mail/Text: cashiering-administrationservices@flagstar.com Aug 11 2017 19:04:15
                 Flagstar Bank,    5151 Corporate Drive,    Troy, MI 48098-2639
4914717        +EDI: RMSC.COM Aug 11 2017 19:03:00      GECRB/Lowes,    PO Box 965005,    Orlando, FL 32896-5005
4914719         EDI: CBSKOHLS.COM Aug 11 2017 19:03:00      Kohl's,    PO Box 2983,    Milwaukee, WI 53201-2983
4914720        +EDI: CBSKOHLS.COM Aug 11 2017 19:03:00      Kohls,    PO Box 3115,    Milwaukee, WI 53201-3115
4914725        +E-mail/Text: bankruptcyteam@quickenloans.com Aug 11 2017 19:04:07       Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
4914726        +EDI: RMSC.COM Aug 11 2017 19:03:00      Synchrony Bank/JCPenny,    PO Box 960090,
                 Orlando, FL 32896-0090
4914727        +EDI: WTRRNBANK.COM Aug 11 2017 19:03:00      TD Bank/Target,    PO Box 673,
                 Minneapolis, MN 55440-0673
4914731        +EDI: WFFC.COM Aug 11 2017 19:03:00      WFFNB/Raymour & Flanigan,    CSCL DSP TM MAC N8235-04M,
                 PO Box 14517,    Des Moines, IA 50306-3517
4914730        +EDI: WFFC.COM Aug 11 2017 19:03:00      Wells Fargo,    PO Box 14517,    Des Moines, IA 50306-3517
                                                                                               TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4914702*        Chase Freedom,    PO Box 15153,    Wilmington, DE 19886-5153
4914705*       +Citicard,    P.O. Box 9001037,    Louisville, KY 40290-1037
4914706*       +Citicard,    P.O. Box 9001037,    Louisville, KY 40290-1037
4914707*       +Citicard,    P.O. Box 9001037,    Louisville, KY 40290-1037
4914708*       +Citicard,    P.O. Box 9001037,    Louisville, KY 40290-1037
4914710*       +Credit First,    PO Box 81315,    Cleveland, OH 44181-0315
4914718*       +GECRB/Lowes,    PO Box 965005,    Orlando, FL 32896-5005
4914723*       +Midland Funding LLC,    2355 Northside Drive #300,    San Diego, CA 92108-2708
                                                                                   TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                                          Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2017 at the address(es) listed below:

```
          James   Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          John   Fisher    on behalf of Creditor    ESSA Bank & Trust johnvfisher@yahoo.com,
           fisherlawoffice@yahoo.com
          John   Molnar    on behalf of Debtor Hector M. Figueroa molnar@ptd.net,
           G25801@notify.cincompass.com
          John J Martin (Trustee)    pa36@ecfcbis.com,  trusteemartin@martin-law.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Hector M. Figueroa** | Social Security number or ITIN  xxx−xx−5856 |
|  | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
|  |  | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **5:17−bk−01768−JJT** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Hector M. Figueroa
aka Hector M. Figueroa Jr.

**By the court:**  _[signature]_

August 11, 2017

Honorable John J. Thomas
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318          **Order of Discharge**          page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**